■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DONNELLY, Appellant.—Appeal by the defendant, as limited by his motion, from five sentences of the Supreme Court, Queens County (Appelman, J.), all imposed July 2, 1987.

Ordered that the sentences are affirmed *(see, People v Kazepis,* 101 AD2d 816; *People v West,* 124 Misc 2d 622; *People v Velez,* 150 AD2d 514; *People v Santos,* 149 AD2d 633; *People v Davis,* 149 AD2d 609; CPL 420.35; *People v Price,* 145 AD2d 445; *People v Williams,* 131 AD2d 525). Mollen, P. J., Rubin, Spatt and Balletta, JJ., concur.